**Below is an order of the Court.**

*U.S. Bankruptcy Judge*

NADWA (3/5/09)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Samuel Lee Hokland,** xxx–xx–4940
**Darlene Carrol Hokland,** xxx–xx–7047
 *Other names used by debtor:* Hokeys Pilot Cars
 *Other names used by joint debtor:* Hokeys Pilot Cars
Debtor(s)

Case No. **09–60533–fra7**

CHAPTER 7 ORDER RE: DISCHARGE OF DEBTOR(S), AND CLOSING "NO ASSET" CASE

It appearing that on 2/18/09 a bankruptcy petition was filed by the debtor(s); timely complaints filed pursuant to 11 USC §523(a) could be pending and the court could still order that any affected debt is nondischargeable, however no complaint objecting to the debtor's discharge pursuant to 11 USC §727 was timely filed (or such complaint was filed, and after due notice and hearing, was dismissed); the trustee has performed all required administrative duties; and therefore,

**IT IS ORDERED** that:

1. The debtor(s) shall be granted a discharge under 11 USC §727.

2. Each of the debtor's timely filed reaffirmation agreements that either did not require court approval, or that was approved by court order and was not subsequently either stricken or rescinded, is deemed enforceable (though possibly still subject to rescission to the extent provided by 11 USC §524). The information specified by 11 USC §524(d) was provided to the debtor(s) either as certified by an attorney in the agreement, or by the court on the back of the Notice of Discharge Hearing or at any Discharge Hearing.

3. The trustee is discharged as trustee of the debtor's estate; this case is closed; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as a debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited.</u> The discharge prohibits any attempt to collect from a debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (If applicable there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.) A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

Page 1 of 2    IMPORTANT: Debtors MUST READ BOTH SIDES of this document!

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts that are Discharged. The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged. Some of the common types of debts which are not discharged in a Chapter 7 bankruptcy case are:
   a. Debts for most taxes;
   b. Debts that are for domestic support obligations, or debts to a spouse or former spouse for property settlement;
   c. Debts for most student loans;
   d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;
   f. Some debts which were not properly listed by the debtor;
   g. Debts the bankruptcy court specifically has decided or will decide in this case are not discharged;
   h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Page 2 of 2     IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

###

# CERTIFICATE OF NOTICE

```
District/off: 0979-6          User: admin              Page 1 of 1             Date Rcvd: May 19, 2009
Case: 09-60533                Form ID: NADWA           Total Served: 37

The following entities were served by first class mail on May 21, 2009.
db/jdb       +Samuel Lee Hokland,   Darlene Carrol Hokland,   POB 1080,   Lebanon, OR 97355-0968
smg          +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
               Salem, OR 97309-5013
smg          +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg          +US Attorney General,   Department of Justice,   10th & Constitution NW,
               Washington, DC 20530-0001
cr           +Linn-Co Federal CU,   1428 Main,   Sweet Home, OR 97386-1612
98090442     +American Recovery Svc,   1699 Wall Street Ste 300,   Mount Prospect, IL 60056-5778
98090443     +Asset Management,   POB 723477,   Atlanta, GA 31139-0477
98090444     +Associates Credit Card Service,   PO Box 9070,   Des Moines, IA 50368-9070
98090445     +Axsys National Bank,   POB 729,   Monticello, MN 55362-0729
98090446     +Citi Bank,   POB 6531,   The Lakes, NV 88901-6531
98090447     +Corvallis Radiology,   PO Box 1418,   Corvallis, OR 97339-1418
98090448     +Creditors Collection,   POB 628,   Albany, OR 97321-0201
98090449     +Direct Merchants Bank,   POB 21550,   Tulsa, OK 74121-1550
98090450     +EMCC,   33 Riverside Drive,   2nd Floor,   Pembroke, MA 02359-1951
98090451     +Fingerhut,   PO Box 2900,   Saint Cloud, MN 56395-0001
98090441     +IRS,   c/o Eric Holder, Atty Gen,   950 Pennsylvania Ave. NW,   Washington, DC 20530-0009
98090456     +LVNV Funding LLC,   29125 Solon Rd,   Solon, OH 44139-3442
98090454     +Lebanon Community Hospital,   525 N. Santiam Hwy,   Lebanon, OR 97355-4363
98090455     +Linn Co Federal Credit Union,   PO Box 265,   Lebanon, OR 97355-0265
98090458     +Monique Despain Attorney,   POB 71248,   Eugene, OR 97401-0191
98090460     +NCA Financial Services,   1731 Howe ave #254,   Sacramento, CA 95825-2209
98090461      NCO Finanical Systems,   507 Prudential Rd,   Springfield, PA 19064
98090459     +National Credit Acceptance,   1731 Howe Ave #254,   Sacramento, CA 95825-2209
98090462     +Nelson Watson & Associates,   POB 1299,   Haverhill, MA 01831-1799
98090463     +OHSU Hospital,   POB 3857,   Portland, OR 97208-3857
98090464     +Oregon Credit Collections Bure,   260 SW Ferry St Suite 201,   PO BOX 826,
               Albany, OR 97321-0295
98090465      Professional Credit Service,   P.O. Box 7548,   Eugene, OR 97401-0039
98090466     +Providian Financial,   PO Box 9553,   Manchester, NH 03108
98090467     +Ray Klein,   POB 628,   Albany, OR 97321-0201
98090468     +Samaritan Medical Clinic,   POB 369,   Corvallis, OR 97339-0369

The following entities were served by electronic transmission on May 20, 2009.
smg          +EDI: ORREV.COM May 19 2009 23:18:00     ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2553
cr           +EDI: RECOVERYCORP.COM May 19 2009 23:18:00     Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
98090445     +EDI: TSYS2.COM May 19 2009 23:19:00     Axsys National Bank,   POB 729,
               Monticello, MN 55362-0729
98090453     +EDI: CHASE.COM May 19 2009 23:19:00     FNANB,   225 Chastain Meadows Ct,
               Kennesaw, GA 30144-5841
98090451     +EDI: TSYS2.COM May 19 2009 23:19:00     Fingerhut,   PO Box 2900,   Saint Cloud, MN 56395-0001
98090452      EDI: BANKAMER.COM May 19 2009 23:18:00     Fleet,   P.O. Box 17192,   Wilmington, DE 19850-7192
98090457      EDI: PHINPLAZA.COM May 19 2009 23:19:00     Mitchell N Kay, PC,   PO BOX 9006,
               Smithtown, NY 11787-9006
98090440     +EDI: ORREV.COM May 19 2009 23:18:00     ODR,   Attn: Bankruptcy Unit,   955 Center St NE,
               Salem, OR 97301-2553
98127884      EDI: RECOVERYCORP.COM May 19 2009 23:18:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2009**              **Signature:** _/s/ Joseph Speetjens_